A. D. FORSYTHE v. JAMES C. MURNANE and Others.[1]

July 28, 1911.

Nos. 17,185—(236).

**Reward.**

The trial court exercised a reasonable discretion in awarding to appellant Murnane $600 as his equitable share of a reward of $5,000 offered for the arrest and conviction of train robbers. [Reporter.]

After the former appeal reported in 113 Minn. 181, 129 N. W. 134, defendant Murnane moved the court to determine the equitable and relative share of the fund in court to which he was entitled, and to amend its findings of fact and conclusions of law pursuant to said decision, and to apportion to defendant as his equitable and relative share of said fund fifty per cent. thereof. The motion was heard before Taylor, J., who made additional findings and ordered judgment in favor of Murnane for the sum of $600 out of the $5,000 in possession of court for distribution to the parties entitled thereto, upon filing with the clerk a proper receipt therefor executed by Murnane or his attorney, and that the remainder of the reward be paid to the claimants therein, other than Murnane and Martin P. Delaney and intervener Battan, or to the attorneys of claimants, upon filing with the clerk the proper receipt therefor, the other claimants having agreed that,

1 Reported in 132 N. W. 1134.

after deduction of Murnane's share, the remainder should be assigned to them in a lump sum for division by mutual agreement. From the judgment entered pursuant to the order defendant Murnane appealed. Affirmed.

*Lawler & Mullaly* and *D. F. Lyons*, for appellant.

*Charles S. Marden, Arthur J. Stobbart, E. C. MacDonald, Peterson & Adams, William Russell, Nye & Dosland, Fred C. Robertson,* and *Houpt & Field,* for respondents.

PER CURIAM.

Under a former appeal it was determined that Mr. Murnane was entitled to an equitable share of the reward, and the cause was remanded with directions to the trial court to determine the amount. Forsythe v. Murnane, 113 Minn. 181, 129 N. W. 134. On the second hearing the court allowed Mr. Murnane the sum of $600 as a fair portion of the reward, considering the activity and risk incurred and the results following the efforts of the western claimants, and the part taken in the arrest and conviction by the other eastern claimants. Under all the circumstances, we are of the opinion that the court was in the exercise of a reasonable discretion in adjusting the reward between the claimants and the order appealed from is affirmed.